# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**          Date: 8/9/2023     Time: 12:00 p.m.

Defendant: Gary Cox ✓          J#: 69916-510   Case #: 23-20271-CR-BLOOM

AUSA: Shane Butland/Andrea Savdie   Attorney: G.P. Della Fera (CJA) Richard Houlihan for Mr. Fera

Violation: Conspiracy to Commit Health Care Fraud and Wire Fraud

Proceeding: Status Conference Re: Bond/Detention; Arraignment   CJA Appt: _____

Bond/PTD Held: ⃝ Yes ☒ No          Recommended Bond: _____

Bond Set at: Stip $10K PSB          Co-signed by: _____

☒ Surrender and/or do not obtain passports/travel docs

☒ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☒ ~~Maintain or seek full-time employment/education~~ Employment restricted Healthcare field

☒ No contact with victims/witnesses + codefts

☐ No firearms

☒ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel ~~extended~~ restricted to: SDFL for Court/Arizona for

☒ Other: Conditions ordered in Arizona

Language: English

Disposition:
Brady Order not previously given.
- Mr. Cox, Ms. Savdie + USPO via Zoom
- Deft arraigned

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

- Brady given
- Stip to $10K PSB
- See attached for conditions
- Bond paper due by COB on 8-14-23
→ residence

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date: _____ Time: _____ Judge: _____ Place: _____

Report RE Counsel: _____

~~PTD/Bond Hearing:~~ Deft may travel elswhere w/ permission from PTS

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 11:59:45 /Zoom_LMR_          Time in Court: 21 mins

# UNITED STATES DISTRICT COURT
## ARIZONA – PHOENIX
### July 25, 2023

**USA v. Gary Cox**                    **Case Number: 23-06072MJ-001-PHX-ASB**

## ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND:**
   ☐ **UNSECURED**
   ☐ **SECURED BY:**
**SECURITY TO BE POSTED BY:**

**NEXT APPEARANCE:** as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #,  Floor

✓ FILED    ___ LODGED
___ RECEIVED    ___ COPY

JUL 2 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY   NSH    DEPUTY

Pursuant to 18 U.S.C. § 3142(c)(l)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒     promise to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒     not commit any federal, state or local crime.

☒     cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒     IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address and telephone number.

☐     maintain or actively seek employment (combination work/school) and provide proof of such to Pretrial Services.

~~☒ not travel outside of the continental United States unless PRIOR Court permission is granted to do so.~~

☐     only travel directly to the prosecuting district, and through all states and counties between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences unless PRIOR Court or Pretrial Services permission is granted to travel elsewhere.

☐     avoid all direct or indirect contact with persons who are considered alleged victim(s) or potential witness(es).

☒     shall report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350; 401 W. Washington St., Suite 260, Phoenix, AZ 85003.

☐     not drive without a valid driver license.

☐     execute an agreement to forfeit the bond or designated property upon failing to appear as required:

☐     be released to the third-party custody of:  and shall reside with the third-party custodian unless Pretrial Services approves the defendant to reside elsewhere.

☐     The defendant shall participate in alcohol treatment, submit to alcohol testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

☐     not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not

USA v. Gary Cox                                                    Case Number: 23-06072MJ-001-PHX-ASB

July 25, 2023                                                                                   Page 2 of 3

possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

☐   surrender all travel documents to Pretrial Services by and shall not obtain a passport or other travel document during the pendency of these proceedings.

☐   not obtain a passport or other travel documents during the pendency of these proceedings.

☐   maintain or commence an educational program and provide proof of such to Pretrial Services.

☐   not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☐   abide by specified restrictions on personal associations, place of abode or travel.

☒   ~~maintain weekly contact with his/her attorney by Friday noon of each week~~

☐   timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of: $.

☐   not obtain any new financial accounts without prior notification and approval of Pretrial Services.

☐   participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make a copayment toward the cost of such services as directed by Pretrial Services.

☐   resolve all pending lower court matters and provide proof of such to Pretrial Services.

☐   participate in a Specialized Treatment Program and comply with all treatment requirements including taking all medications prescribed by a physician/psychiatrist and make a copayment toward the cost of services as directed by Pretrial Services.

☐   register as a sex offender in compliance with all federal, state, tribal or local laws or as ordered by the court. Failure to comply with registration laws may result in new criminal charges.

☒   shall not bill or cause to be billed (as a provider or a third-party), Medicare, Medicaid, or any Federal healthcare program.

## ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

USA v. Gary Cox                                    Case Number: 23-06072MJ-001-PHX-ASB

July 25, 2023                                                                Page 3 of 3

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE: 7/25/23 | SIGNATURE OF DEFENDANT |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
| |

### Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

**The U.S. Marshal is directed to bring the defendant bag and baggage to the Courthouse on   for release from the U.S. Marshals Service office at 8:30 a.m.**

DATE: July 25, 2023                    _____
                                        Alison Bachus
                                        United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY