UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20271-BLOOM

UNITED STATES OF AMERICA,

v.

BRETT BLACKMAN,
GARY COX, and
GREGORY SCHRECK,

        **Defendants**.
_____/

## UNITED STATES' UNOPPOSED MOTION TO EXCUSE THE PARTIES FROM FILING SPEEDY TRIAL ACT REPORTS

COMES NOW the United States of America, by and through undersigned counsel, and files this Motion to Excuse the Parties from Filing Speedy Trial Act Reports.

The government filed its first Speedy Trial Report on August 29, 2023, as required by Local Rule 88.5 and the Court's Scheduling Order [ECF No. 25]. The government filed its second Speedy Trial Report on September 20, 2023. [ECF No. 38].

On August 21, 2023, the parties filed a Joint Motion to Continue Trial Date [ECF No. 32]. The Court granted the parties' request and ordered that the period of delay from August 21, 2023, to August 12, 2024 (the date trial commences) was excludable under Title 18, United States Code, Section 3161(h)(7). [ECF No. 34].

[THIS SPACE INTENTIONALLY LEFT BLANK]

Consequently, the government requests that the Court excuse the parties from filing Speedy Trial Act reports until at least August 12, 2024.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

        GLENN S. LEON, CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By:    */s/ Shane Butland*
        SHANE BUTLAND
        Trial Attorney
        FL Special Bar No. A5502525
        U.S. Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave NW
        Washington, D.C. 20005
        Phone: (202) 286-1177
        Shane.Butland2@usdoj.gov

        DARREN HALVERSON
        ANDREA SAVDIE
        CHARLES STRAUSS
        Trial Attorneys
        U.S. Department of Justice
        Criminal Division, Fraud Section

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on September 20, 2023, I electronically filed the foregoing document onto the Court's CM/ECF system.

                                                    */s/ Shane Butland*
                                                    Shane Butland
                                                    Trial Attorney
                                                    U.S. Department of Justice