UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20271-BB-02

UNITED STATES OF AMERICA

v.

BRETT BLACKMAN,
GARY COX and
GREGORY SCHRECK,

       **Defendants.**
_____/

**ORDER APPOINTING SECOND CHAIR COUNSEL**

    **THIS CAUSE** is before the Court upon Defendant GARY COX's *ore tenus* Motion to Appoint Second Chair Counsel. The Court has considered the Motion and is fully advised.

    **IT IS ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Hector Flores is appointed as second chair counsel to represent Defendant Gary Cox and shall be paid through CJA funds.

    **DONE AND ORDERED** in Miami, Florida, on October 31, 2023.

                                          _____
                                          BETH BLOOM
                                          UNITED STATES DISTRICT JUDGE