UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20271-BB-03

UNITED STATES OF AMERICA

v.

BRETT BLACKMAN,
GARY COX and
GREGORY SCHRECK,

          Defendants.
_____/

## ORDER APPOINTING SECOND CHAIR COUNSEL

**THIS CAUSE** is before the Court upon Defendant Gregory Schreck's Motion to Appoint Second Chair Counsel. The Court has considered the Motion and is fully advised.

**IT IS ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Kenneth Swartz is appointed as second chair counsel to represent Defendant Gregory Schreck and shall be paid through CJA funds.

**DONE AND ORDERED** in Miami, Florida, on October 31, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

1