## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 23-CR-20271-BLOOM |
| | ) | |
| BRETT BLACKMAN, | ) | |

## MOTION TO WAIVE DEFENDANT'S APPEARANCE AT ARRAIGNMENT

Defendant Brett Blackman, through undersigned counsel, hereby moves to waive his appearance at arraignment on March 1, 2024 pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.

On February 20, 2024, a Federal Grand Jury sitting in the Southern District of Florida returned an indictment charging Smith with conspiracy to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349 and other related offenses.

Rule 10(b) of the Federal Rules of Criminal Procedure provides for a Defendant to waive his appearance at arraignment under the following circumstances:

(b) Waiving Appearance.  A defendant need not be present for the arraignment if:

(1) the defendant has been charged by indictment or misdemeanor information;

(2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

(3) the court accepts the waiver.

Attached as Exhibit A to this Motion is a written waiver, executed by both Defendant and Mr. Rafferty, in which Defendant waives his appearance, affirms that he received a copy of the Indictment, and enters a plea of not guilty.

Mr. Rafferty conferred with Trial Attorney Andrea Savdie about this motion, and Ms. Savdie indicated she has no objection on behalf of the government.

WHEREFORE, Brett Blackman, through counsel, respectfully requests that the Court:  (1)  accept Mr. Blackman's written waiver of his appearance at arraignment on March 1, 2024; (2) waive Mr. Blackman's appearance at

his arraignment on March 1, 2024; and (3) accept his entry of a plea of NOT

GUILTY.

      Date:  February 26, 2024

                            Respectfully Submitted,

                            */s/Richard C. Klugh*
                            Richard C. Klugh, Esq.
                            Florida Bar No. 305294
                            RKlugh@Klughlaw.com

                            Richard C. Klugh, Esq.
                            40 N.W. 3rd Street, PH-1
                            Miami, Florida  33128
                            Tel. (305) 536-1191
                            Fax (305) 536-2170
                            E-mail:  Rklugh@Klughlaw.com

                            */s/ Brian T. Rafferty*
                            BRIAN T. RAFFERTY
                            Georgia Bar No. 311903

                            RAFFERTY LAW, LLC
                            1575 Johnson Road NE
                            Atlanta, Georgia 30306
                            (912) 658-0912
                            brian@raffertylawfirm.com

                            Counsel for Defendant

# EXHIBIT  A

Waiver of Appearance at Arraignment

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:23-CR-20271 |
| | ) |
| BRETT BLACKMAN | ) |

## Defendant's Entry Of a Plea of NOT GUILTY
## and Waiver of Appearance at Arraignment

I hereby acknowledge that I am the defendant named above and I
have received a copy of the Superseding Indictment filed against me. I
understand that I have the right to appear personally at my arraignment
pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I
have the right to have the Indictment read to me in open court pursuant to
Rule 10 of the Federal Rules of Criminal Procedure.

I have discussed the charges in the Superseding Indictment and this
waiver of appearance at arraignment with my attorney and I fully
understand the nature of the offenses charged and my right to appear at
arraignment. Understanding my rights, I do hereby freely and voluntarily
waive my right to be present at my arraignment on the Indictment and my
right to have it read to me in open court.

As evidenced by my signature below, I do hereby waive formal

arraignment and enter my plea of NOT GUILTY to the Indictment this

_____ day of February, 2024.

BRIAN F. RAFFERTY
Georgia Bar No. 311903
RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com
Attorneys for Brett Blackman

Brett Blackman
Defendant