IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 23-CR-20271-BLOOM |
| | ) | |
| BRETT BLACKMAN, | ) | |

**ORDER GRANTING MOTION TO WAIVE DEFENDANT'S APPEARANCE AT ARRAIGNMENT**

THIS CAUSE having come before the Court on the Motion to Waive Defendant's Appearance at Arraignment. The Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED THAT:

The Motion is GRANTED. Having considered the Motion and pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the Court: ((1) accepts Mr. Blackman's written waiver of his appearance at arraignment on March 1, 2024; (2) waives Mr. Blackman's appearance at his arraignment on March 1, 2024; and (3) accepts his entry of a plea of NOT GUILTY.

DONE AND ORDERED in Chambers at __Miami__,

Florida, this 27th day of __February__, 2024.

_____
JONATHAN GOODMAN
United States Magistrate Judge

Copies furnished to:  All Counsel of Record