# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 23-CR-20271-LEIBOWITZ

**UNITED STATES OF AMERICA,**

**v.**

**\***

**BRETT BLACKMAN,**

    **Defendant.**

_____/

## DEFENDANT BRETT BLACKMAN'S FIRST PROPOSED WITNESS LIST

Defendant Brett Blackman, through undersigned counsel, hereby submits the following proposed witness list for the trial of this matter:

1.  Dai Barth

2.  Ron Sloop

3.  Melissa Richardson

4.  Julie Lafon

5.  Joyce Cox

6.  Randy Schultz, Esq.

7.  Andrew Lustigman, Esq.

8.  Melissa Richardson

9.  Lana Hitt

10. Brandon Blackman

11. Kyndra Blackman

12. Tenny Soleymani

13. Kashish Parikh-Chopra

14. Michael Zavala

15. Kris Rogers

16. Paul Toman

17. Jared Milewski

18. Kelley Bugler, also known as Kelley Kelly

19. Courtney Croteau

20. Bryan Gordon

21. Jim Rulison

22. Casey Thomas

23. Mark A. Alig

24. Craig Hammontree

25. Abby Reib

25. Any witness the government calls during its case in chief.

Respectfully submitted this 11th day of April, 2025.

Respectfully Submitted,

*/s/Richard C. Klugh, Esq.*
Richard C. Klugh, Esq.
FL Bar No. 305294
40 N.W. 3rd Street, PH-1
Miami, Florida  33128
Tel. (305) 536-1191
Fax (305) 536-2170
E-mail:  Rklugh@Klughlaw.com

*/s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903

RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com
Counsel for Defendant Brett Blackman

3