UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 23-CR-20271-LEIBOWITZ

UNITED STATES OF AMERICA

v.

_____X_____TRIAL

GARY COX,

    Defendant.

_____/

| WITNESS LIST | | |
|---|---|---|
| **Defendant Gary Cox Proposed Witness List** | | |
| Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
| 1.  Mannuel Valenzuela | | |
| 2.  Melissa Richardson | | |
| 3.  Joyce Cox | | |
| 4.  Lulie Lafon | | |
| 5.  Allen McCray | | |
| 6.  Fernando Celaya | | |
| 7.  Jeff McAffee | | |
| 8.  Patrick Naeger | | |
| 9.  Steve Roper | | |

## WITNESS LIST – CONTINUATION SHEET

### Defendant Gary Cox

| | Name | Subject and Brief Description of Testimony | Date(s) Testified (Court Only) |
|---|---|---|---|
| 10. | Roxie Murray | | |
| 11. | Taunya Hammontree | | |
| 12. | Craig Hammontree | | |
| 13. | Marc Coleman | | |
| 14. | Kevin Hayes | | |
| 15. | Jennifer Lamb | | |
| 16. | Austin Ganny | | |
| 17. | Jared Milewski | | |
| 18. | Any witness the Government calls in its case in chief | | |
| 19. | Any witness the Defendant Brett Blackman calls in his case and chief | | |
| 20. | | | |
| 21. | | | |

Respectfully submitted,

/s/ G.P. Della Fera
G.P. DELLA FERA, ESQ.
HECTOR FLORES, ESQ.
Counsel for Gary Cox
Florida Bar Number: 228060
10800 Biscayne Boulevard
Suite 520
Miami, Florida 33161
(305) 892-4400
gpdellafera@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2025, I electronically filed the foregoing document with

The Court's CM/ECF system.

/s/ G.P. Della Fera
G.P. DELLA FERA, ESQ.