**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-CR-20271-DSL**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

BRETT BLACKMAN,

          Defendant.

_____/

**<u>DEFENSE AMENDED WITNESS LIST</u>**

Defendant Brett Blackman, through undersigned counsel, hereby submits the following draft witness list:

1. Dai Barth

2. Ron Sloop

3. Melissa Richardson

4. Julie Lafon

5. Joyce Cox

6. Denise Scott

7. Lana Hitt

8. Brandon Blackman

9. Kyndra Blackman

10. Tenny Soleymani

11. Kashish Parikh-Chopra

12. Michael Zavala

13. Kris Rogers

14. Paul Toman

15. Jared Milewski

16. Kelley Kelley

17. Courtney Croteau

18. Bryan Gordon

19. Jim Rulison

20. Casey Thomas

21. Mark A. Alig

22. Craig Hammontree

23. Abby Reib

24. Tony Maffei

25. Randy Dye

26. Steven Hallenbeck

27. Jessica Caldwell

28. Ben Schreckinger

29. Brian Rafferty

Respectfully submitted,

By:     /s/Julie Holt
           Julie Holt
           Florida Bar No.: 95997
           Julie Holt Law PLLC
           40 NW 3rd Street PH 1
           Miami, Florida 33128
           Tel: (786) 505-4240
           julie@julieholtlaw.com