**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-CR-20271-DSL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRETT BLACKMAN,

        Defendant.

_____/

**DEFENSE PROPOSED LIMITING INSTRUCTIONS**

Brett Blackman proposes the following limiting instructions:

**Civil and Regulatory Violations**

You have heard testimony regarding Medicare's civil rules and regulations, as well as its informal policy guidance, or guidance put out by private contractors who work for Medicare.  I caution you that a violation of these civil statutes, rules, regulations, informal policy statements, or standards of care is not a crime.  Policies posted on websites and manuals are not evidence of a crime and cannot be used as such.  This is not a civil case.  Mr. Blackman is not on trial for civil or regulatory violations, or for medical malpractice.  Even if you find any conduct was not allowable under Medicare's policies, a defendant cannot be convicted of a crime merely for breaching policy guidance, rules, regulations, civil statutes, ethical standards, or standards of care applicable to his conduct.

1

*See United States v. Rosecan*, S.D. Fla. No. 20-cr-80052-RAR, DE:144; *United States v. Melgen*, S.D. Fla. No. 15-cr-80049-KAM, DE 333; *United States v. Sanchez Chocron*, 24-cr-20155-RAR, DE 344.

## Use of the Term "Kickbacks"

You have heard testimony regarding kickbacks. A witness does not define what constitutes a kickback under the law. Just because a witness says a transaction is a kickback does not mean that it is a kickback as defined under criminal law, and you should not heed a witness's claim that a transaction constitutes a kickback. It is the role of the court, not the witness, to explain to you the law regarding criminal kickbacks. And it is up to you as a jury to find whether Mr. Blackman is guilty of knowingly and willfully paying or receiving criminal kickbacks.

## The role of private contractors

Private contractors, though they are paid by the federal government, do not have the authority to make law. Anything a private contractor says, and any materials they put out, is not the law and is not an official statement of the United States government or any of its agencies.

Respectfully submitted,

By:    /s/ Julie Holt
Julie Holt
Florida Bar No.: 95997
Julie Holt Law PLLC
40 NW 3rd Street PH 1
Miami, Florida 33128
Tel: (786) 505-4240
julie@julieholtlaw.com