UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20271-LEIBOWITZ

UNITED STATES of AMERICA,

     Plaintiff,

v.

BRETT BLACKMAN,

     Defendant.

                             /

**DEFENDANT BRETT BLACKMAN'S**
**NOTICE OF FILING OF PROPOSED ORDER GRANTING RULE 17(C)**
**SUBPOENA**

Defendant Brett Blackman, through undersigned counsel, hereby gives notice of filing of the attached proposed order granting the defense motion for a Rule 17(C) subpoena made orally in court yesterday April 20, 2026.

Respectfully submitted,

By: /s/ *Jenny Wilson*
Jenny Wilson, Esq.
Klugh Wilson LLC
Fla. Bar No. 1031758
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel: (305) 536-1191
Fax: (305) 536-2170

Counsel for Defendant