**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-CR-20271 LEIBOWITZ**

**UNITED STATES OF AMERICA**

**v.**

      **BRETT BLACKMAN**,

        **Defendant.**

_____/

## DEFENSE PROPOSED VERDICT FORM

Brett Blackman files the attached proposed verdict form.

Respectfully submitted,

By:    */s/Julie Holt*
        Julie Holt
        Florida Bar No.: 95997
        Julie Holt Law PLLC
        40 NW 3rd Street PH 1
        Miami, Florida 33128
        Tel: (786) 505-4240
        julie@julieholtlaw.com

## <u>VERDICT FORM</u>

### <u>COUNT 1</u>
Conspiracy to Commit Health Care Fraud and Wire Fraud
(18 U.S.C. § 1349)

**<u>Part I</u>**

With respect to Count 1 of the Superseding Indictment, we the jury unanimously find

Defendant BRETT BLACKMAN:

NOT GUILTY _____                    GUILTY _____

**<u>Part II</u>**

If you unanimously vote GUILTY, please answer the following:

We the jury unanimously find with respect to Count 1 that Defendant BRETT

BLACKMAN conspired to commit the following crime or crimes (choose one or more):

(a) To commit health care fraud          _____

(b) To commit wire fraud                 _____

### <u>COUNT 2</u>
Health Care Fraud
(18 U.S.C. § 1347 and 2)

With respect to Count 2 of the Superseding Indictment, we the jury unanimously find

Defendant BRETT BLACKMAN:

NOT GUILTY _____                    GUILTY _____

## COUNT 3
Health Care Fraud
(18 U.S.C. § 1347 and 2)

With respect to Count 3 of the Superseding Indictment, we the jury unanimously find

Defendant BRETT BLACKMAN:

NOT GUILTY _____                    GUILTY _____

## COUNT 4
Health Care Fraud
(18 U.S.C. § 1347 and 2)

With respect to Count 4 of the Superseding Indictment, we the jury unanimously find

Defendant BRETT BLACKMAN:

NOT GUILTY _____                    GUILTY _____

## COUNT 5
Conspiracy to Pay and Receive Kickbacks
(18 U.S.C. § 371)

**Part I**

With respect to Count 5 of the Superseding Indictment, we the jury unanimously find

Defendant BRETT BLACKMAN:

NOT GUILTY _____                    GUILTY _____

**Part II**

If you unanimously vote GUILTY, please answer the following:

We the jury unanimously find with respect to Count 5 that Defendant BRETT

BLACKMAN conspired to commit the following crime or crimes (choose one or more):

(a) To Solicit/Receive Health Care Kickbacks　　　_____

(b) To Offer/Pay Health Care Kickbacks　　　_____

### COUNT 6
Conspiracy to Defraud the United States and
Make False Statements in Connection with Health Care Matters
(18 U.S.C. § 371)

**Part I**

With respect to Count 6 of the Superseding Indictment, we the jury unanimously find

Defendant BRETT BLACKMAN:

NOT GUILTY _____　　　　　　GUILTY _____

**Part II**

If you unanimously vote GUILTY, please answer the following:

We the jury unanimously find with respect to Count 6 that Defendant BRETT BLACKMAN conspired to commit the following crime or crimes (choose one or more):

(a) To defraud the United States                                      _____

(b) To make false statements in connection with health care matters   _____

SO SAY WE ALL

_____
FOREPERSON'S PRINTED NAME

_____
FOREPERSON'S SIGNATURE

_____
DATE