UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20271 LEIBOWITZ

UNITED STATES OF AMERICA

v.

BRETT BLACKMAN,

        Defendant.

_____/

## VERDICT FORM

### COUNT 1
Conspiracy to Commit Health Care Fraud and Wire Fraud

With respect to Count 1 of the Indictment, we the jury unanimously find Defendant

BRETT BLACKMAN:

    NOT GUILTY _____        GUILTY ___√____

If your verdict is Guilty, answer the next question:

We the jury unanimously find with respect to Count 1 that Defendant BRETT

BLACKMAN conspired to commit the following crime or crimes (*check all that apply*):

    ___√___ Health Care Fraud

    ___√___ Wire Fraud

## COUNT 2
Health Care Fraud
(9/10/2018, regarding A.S.)

With respect to Count 2 of the Indictment, we the jury unanimously find Defendant

BRETT BLACKMAN:

NOT GUILTY ___✓___                    GUILTY _____

## COUNT 3
Health Care Fraud
(10/9/2018, regarding V.P.)

With respect to Count 3 of the Indictment, we the jury unanimously find Defendant

BRETT BLACKMAN:

NOT GUILTY ___✓___                    GUILTY _____

## COUNT 4
Health Care Fraud
(10/11/2018, regarding B.T.)

With respect to Count 4 of the Indictment, we the jury unanimously find Defendant

BRETT BLACKMAN:

NOT GUILTY ___✓___                    GUILTY _____

## COUNT 5
Conspiracy to Pay and Receive Kickbacks

With respect to Count 5 of the Indictment, we the jury unanimously find Defendant

BRETT BLACKMAN:

NOT GUILTY _____          GUILTY ____✓____

If your verdict is Guilty, answer the next question:

We the jury unanimously find with respect to Count 5 that Defendant BRETT

BLACKMAN conspired to commit the following crime or crimes (*check all that apply*):

____✓____ Offering/Paying Health Care Kickbacks to Induce Referrals of Medicare Patients

____✓____ Soliciting/Receiving Health Care Kickbacks to Induce Referrals of Medicare Patients

## COUNT 6
Conspiracy to Defraud the United States and
Make False Statements in Connection with Health Care Matters


With respect to Count 6 of the Indictment, we the jury unanimously find Defendant

BRETT BLACKMAN:


NOT GUILTY _____          GUILTY ___✓_____


If your verdict is Guilty, answer the next question:

We the jury unanimously find with respect to Count 6 that Defendant BRETT

BLACKMAN conspired to commit the following crime or crimes (*check all that apply*):


___✓_____          Defrauding the United States

_____          Making any materially false, fictitious, or fraudulent statements or representations, or making or using any materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services


SO SAY WE ALL

_____
FOREPERSON'S SIGNATURE

_5/13/26_____
DATE