**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20271-DSL**

**UNITED STATES OF AMERICA**

**v.**

**BRETT BLACKMAN**

**Defendant.**
_____/

## UNITED STATES' WITNESS LIST

The United States may call the below identified witnesses at trial in this matter. The United States respectfully requests leave to add additional witness based on their availability, whether the defendant will testify, and whether the United States will present a rebuttal case. At trial, the United States may call the following witnesses in its case-in-chief:

1. Chintan Anjaria - 5/5/26 ; 5/6/26
2. Sargon Audisho - 4/29/26
3. Dai Barth
4. Mindy Breitman - 5/7/26 ; 5/11/26
5. Chris Cirri - 4/21/26
6. Michelle Cuttino
7. Joseph DeCorso
8. Toni De Lanoy - 4/27/26 ; 4/28/26
9. Pamela Edwin
10. Case Agent[1] Stringer 5/6/26
11. Robert Hoover - 4/23/26

_____

[1] In March 2026, Special Agent Hunter Hinton, who testified at the trial in May 2025, notified the Government that he will no longer serve as an agent prior to the retrial in this matter. The Government will provide information as to this witness once it has determined who will testify.

12. Jordan Karlick – 4/27/26

13. Vasilli Khristoforov – 4/30/26

14. Keaton Langston – 4/30/26; 5/4/26

15. Denise Leard – 4/22/26

16. Willie McNeal – 4/30/26

17. Christoper O'Hara

18. Michael Petron – 5/11/26

19. Kris Rogers – 4/29/26

20. Robin Sheehan – 4/30/26

21. Gregory Shreck – 5/4/26

22. Randal Schultz

23. Jodi Sullivan – 4/21/26

24. Paul Toman

25. Jean Wilson

26. Special Agent Vitaly Zubry – 4/22/26

27. Special Agent K. Goode – 5/6/26

Dated: March 15, 2026.

Respectfully Submitted,

DARREN C. HALVERSON
Florida Special Bar No. A5503082
REGINALD CUYLER JR.
Florida Bar No. 0114062
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 880-2233
Tel: (202) 748-3024
Email: Darren.Halverson@usdoj.gov
Email: Reginald.Cuyler.Jr@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 15, 2026, I electronically filed the foregoing

document via the Court's CM/ECF system.

By: */s/  Darren C. Halverson*
DARREN C. HALVERSON
Trial Attorney
U.S. Department of Justice