Honorable Judge Leibowitz,

My name is Jillian Jade Bradley, formerly Blackman, and I am Brett's firstborn daughter. Thank you for taking the time to consider my perspective. I vividly remember when you found my dad guilty and said, "With no joy, I do this." I believed your words, and I want you to know that our family respects the court's responsibility to uphold justice. My Christian faith has taught me to value God's law and to recognize both the importance of accountability and the need for mercy. I am not asking the court to reconsider your judgment about my dad's decisions. I am asking you to consider the whole person I have known my entire life.

My dad grew up without much of a moral or spiritual foundation. Diagnosed with ADD at age three, he spent much of his life struggling to slow down and recognize his own limits. After his father passed away from cancer, he was told he was now the patriarch of the family. He felt responsible for providing for his children, his mother, his sister, and her children. He carried that burden relentlessly, eventually developing chronic physical pain. I remember the relief he felt when he found a back brace that allowed him to play outside with us again. When he started his business, he wanted others suffering similar pain to experience that same relief.

I believe his desire to help others was sincere, even though I do not agree with how he went about it. He sought advice from friends, family, and lawyers, but struggled with the administrative demands and judgment calls involved. I also recognize that he was not immune to greed. Still, I have known him as someone who deeply desires to fight poverty and give generously. He regularly donated to our church and bought dinners, gifts, and experiences for people, often giving others opportunities he never had growing up.

During the trial, much attention was given to his lifestyle. I understand that some of his choices may have raised legitimate concerns, but I have always known my dad as someone who welcomed people without judging where they came from. I believe he often sought distraction from a chaotic mind and the pressures he carried. Without being given the law of life to follow or being taught what to do, where else would someone go for relief? This does not excuse his choices, but I hope it helps explain the person behind them.

My dad's character is perhaps clearest in the way he continues to care for others, even in his own darkest moments. During his trial, while under tremendous stress, he helped my husband build a workbench from used furniture stating, "Every new dad needs a workbench." He provided for us when we faced unexpected expenses and filled our freezer with meat we could not otherwise afford. During my own postpartum depression, he made time to sit with me and comfort me. Even now, behind bars, he spends his time serving in the prison church, helping other inmates navigate their legal struggles, and even learning to play the guitar.

I have learned from my dad that love means sacrificing yourself for another. But I also believe he needs to learn how to care for himself, recognize his limitations, and accept the guidance and structure necessary to make better decisions. I am genuinely concerned for his physical health after a lifetime of neglecting his own needs to carry others.

Your Honor, I respectfully ask that you exercise mercy and consider a sentence that prioritizes rehabilitation, including his physical, mental, and spiritual well-being. I hope my father will have the

opportunity to become a healthier, wiser man and return to his family as a restored father and grandfather. We know his challenges will not disappear overnight, but we believe he can grow with the right support and accountability.

Thank you for considering my testimony and for seeing my father as more than the worst decisions he has made.

Respectfully submitted,

Jillian Jade Bradley, formerly Blackman.