Dear Judge Leibowitz,

My name is Joyce Lintz, and I am Brett Blackman's mother. I am writing to you because I would like the opportunity to tell you about my son and the man I have watched him become throughout his life.

I am very proud of Brett. From the time he was a little boy, he has had a caring and protective nature. He was a little bit of everything—quiet, funny, mischievous, affectionate, and responsible. He was especially protective of his little sister. Even when he was young, I could see how much he cared about his family and the people around him.

When Brett was 26 years old, he lost his father to brain cancer. His father was a very important mentor and role model in his life. Brett also had two younger brothers who

had just lost the man who would have helped guide them into adulthood.

Even though Brett was grieving the loss of his own father, he stepped up for his brothers. He made sure they had what they needed and became someone they could depend on. He made a point of meeting them for dinner at least once a week. He answered their questions, helped them with whatever they needed, and gave them guidance and support. His heart was just as broken as theirs, but he still found the strength to be there for them.

Brett's brothers have remained very close to him throughout their lives. They have told me how much they look up to their brother. As Brett's mother, that means a great deal to me because I have watched that

relationship grow from the time they were young.

Then Brett experienced another loss when his stepfather died of lung cancer, leaving his younger sister to deal with that loss. Once again, Brett stepped up to be there for her. These were difficult times for everyone, but I watched Brett put his own feelings aside to help his family.

As they grew older, Brett continued to look out for his sister. Their father's trust was already in place, but she needed help understanding how it worked. Brett took the time to help her understand it. He also helped her through the process of using money from the trust to purchase a home. To me, this was another example of Brett being there when his family needed him

and helping his sister move toward greater stability.

Brett married at 18 and went on to have three beautiful children. I have always been proud of the way he has loved his children and built individual relationships with each of them.

His oldest daughter played volleyball and was involved in music. Brett went to her volleyball games and also helped her edit her music. He supported the things that were important to her and made the effort to be involved in her life.

His second daughter loved bowling, and bowling became something special that she and Brett shared together. They would go bowling together because it was something they both enjoyed. That was their connection.

His youngest son, Malachi, has also shared a special relationship with his dad. Brett has taught him about cars, dirt bikes, four-wheelers, and many other things. I remember Malachi working on a four-wheeler and making a mistake that meant he had to redo the work. Brett didn't simply get angry with him. He told him, "Lesson learned." That is the kind of father I have watched Brett be. He tries to teach his children from their mistakes rather than simply make them feel bad for making one.

Brett is now a grandfather to a one-year-old little girl. I have never seen Brett shine as much as he does when he is with her. He has helped her and worked with her as she has learned to walk. They also take naps together, with her laying on his chest. Watching the two of them together is absolutely beautiful. There is a tenderness

and joy in Brett when he is with his granddaughter that is difficult to describe.

Brett has also maintained close friendships throughout his life. I have watched him be there for friends when they were going through difficult times, including friends who were going through divorces. He has been someone they could turn to for support.

Family has always been very important to Brett. He is close not only with his children and siblings, but with his nieces, nephews, cousins, grandparents, parents, and other members of our family. He has always been someone who tries to be there when the people he loves need him.

Since Brett has been away, our family has missed so much of what he brings into our lives. We have missed his laughter. We have missed the sunshine he brings with

him when he enters a room. We miss the jokes and stories he shares with his siblings and his children. These may sound like little things, but when someone is such an important part of a family, those little things become very important.

I especially miss seeing the smile on Brett's face when he sees his granddaughter. There is something about the way he looks at her that is impossible to explain unless you have witnessed it. She brings a special kind of happiness to him, and he brings that same love and happiness back to her.

Faith has also been an important part of Brett's life. He has attended church for most of his life and has tried to teach his children about the Bible and the importance of seeking guidance from a higher power.

I have also watched Brett help people throughout his entire life. Even as a little boy, I remember him noticing when someone was sad and asking, "Are you okay? Can I help you? You seem to be sad?" That has always been Brett's heart.

I know Brett is before the Court because of serious circumstances, and I am not writing this letter to minimize the Court's responsibility or to excuse anything that happened. I can only speak from what I know of my son and what I have witnessed throughout his life.

I am not saying Brett is perfect, because no one is. We all make mistakes. What I can tell you is that I have spent his entire life watching him care for the people around him, take responsibility for his family, teach

his children, support his siblings, and help people who needed him.

I hope this letter gives you some clarity about who Brett is as a person. The person I know is a loving son, father, grandfather, brother, uncle, cousin, and friend. He is a man who has built meaningful relationships with the people in his life and who has always wanted to help the people he loves.

Thank you for taking the time to read my letter and for allowing me the opportunity to tell you about my son.

Respectfully,

Joyce Lintz