Honorable David Leibowitz
400 North Miami Avenue, 12-3
Miami, Florida 33128

Dear Judge Leibowitz,

I am writing on behalf of my friend, Brett Blackman. I understand that you are preparing to sentence him, and I respectfully ask that you consider extending mercy as you determine an appropriate sentence. While I recognize that you have heard the facts of this case, I hope to offer a perspective on the man I have come to know over the past four years.

I first met Brett through our shared enjoyment of cigars, but our friendship quickly became much deeper than that. Over countless evenings, we talked about life, faith, family, emerging technology, and our hopes for the future. We laughed together, challenged each other's thinking, and supported one another through difficult seasons. Through those conversations, I came to know a man who is thoughtful, generous with his time, and deeply invested in the people he loves.

Professionally, I have served in public education for twenty-seven years and currently serve as an assistant superintendent for an inner-city charter school district. Throughout my career, I have been entrusted with evaluating character, making difficult personnel decisions, and working with people who have made significant mistakes. Those experiences have taught me to look beyond a single moment in a person's life and to consider the entirety of their character. It is from that perspective—not merely as a friend—that I offer this letter.

The quality that has always stood out to me most is Brett's love for his family. Whenever he spoke about his children, his face would light up with pride. He celebrated their accomplishments, encouraged them through their failures, and respected their individuality while continuing to guide them. His family has never been an afterthought; they have always been central to who he is.

His loyalty as a friend is equally remarkable. During one particularly difficult week in my own life, I reached out to him simply because I was struggling. Without hesitation, Brett drove approximately three hours from Arkansas to Kansas City just to make sure I was okay. He expected nothing in return. He simply wanted to be present for someone he cared about. That act of kindness has stayed with me because it reflects the character I have consistently seen in him.

I do not write this letter to minimize the seriousness of the circumstances before the Court. I understand that actions have consequences and that accountability is an essential part of justice. Rather, I write because I believe a person's life should be measured not only by their worst decision, but also by the character they have demonstrated over years of living. The Brett I have known is compassionate, generous, and capable of learning from his mistakes. Based on the man I have come to know, I believe he has both the desire and the ability to rebuild his life in a way that honors his family and benefits his community.

I have always believed that justice and mercy are not opposing virtues—they are complementary ones. Mercy does not erase accountability; it recognizes the possibility of redemption. In my experience, true accountability is measured not only by the punishment a person receives, but also by what they choose

to do afterward. I believe Brett has the capacity to use this chapter of his life to become an even better father, friend, and member of his community.

I respectfully ask that, as you determine an appropriate sentence, you consider not only the offense before you, but also the person standing before you and the positive impact he is capable of making in the years ahead.

Thank you for your time, your service, and the difficult responsibility you carry. I sincerely appreciate your consideration of my thoughts.

Respectfully,

Phillip Adam, Ed.D.
Kansas City, Missouri